THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NOVIO SANTORO, Appellant.

Argued January 16, 1939; decided February 21, 1939.

*Wolfango E. Cribari* and *George W. Scapolito* for appellant.
*Walter A. Ferris, District Attorney* (*William F. Horan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.